WILLIAM F. WILSON, PLAINTIFF-RESPONDENT, v. AN-
DREW FAULL, DEFENDANT-PETITIONER.

See same case below: 45 *N. J. Super.* 555.

*Mr. Carl Kisselman* for the petitioner.

*Mr. Benjamin Asbell* for the respondent.

October 7, 1957.   Granted.

LORETTA R. SINATRA, *ET AL.*, PLAINTIFFS-PETITIONERS,
v. NATIONAL X-RAY PRODUCTS CORP., DEFENDANT-
RESPONDENT, AND NORTH AMERICAN PHILIP'S COM-
PANY, INC., THIRD PARTY DEFENDANT-PETITIONER.

*Messrs. Breslin & Breslin* and *Mr. James A. Major* for the
plaintiff-petitioner.

*Messrs. Emory, Langan, Lamb & Blake* and *Mr. H. Curtis
Meanor* for the third party defendant-petitioner.

*Mr. Milton T. Lasher* for the defendant-respondent.

October 7, 1957.   Granted.